STATE-WIDE INSURANCE COMPANY, Respondent, v. RICHARD ALNE et al., Appellants.—

Munder, Acting P. J., Martuscello, Shapiro, Gulotta and Benjamin, JJ., concur.